**Dismissed and Opinion Filed December 5, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00889-CV

**JAMIEL JAMIESON, Appellant**
**V.**
**FARNOUSH ZARGARAN, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54284-2023**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. By postcard dated November 13, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

<table>
<tr><td></td><td>/Robbie Partida-Kipness/</td></tr>
<tr><td></td><td>ROBBIE PARTIDA-KIPNESS</td></tr>
<tr><td>230889F.P05</td><td>JUSTICE</td></tr>
</table>



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMIEL JAMIESON, Appellant

No. 05-23-00889-CV      V.

FARNOUSH ZARGARAN,
Appellee

On Appeal from the 469th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 469-54284-
2023.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Garcia participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered December 5, 2023